IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AMANDA HUFFMAN,**

      **Plaintiff,**

v.                                              No. 1:23-cv-00178-LF-JFR

**CISION, INC.,**

      **Defendant.**

## AMENDED COMPLAINT FOR CIVIL DAMAGES

COMES NOW, Plaintiff Amanda Huffman, by and through her attorneys of record, The GILPIN LAW FIRM, LLC (Donald G. Gilpin and Christopher P. Machin), and hereby brings this action and in support thereof, states as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a resident of Bernalillo County, New Mexico.

2. Upon information and belief, Cision, Inc., is a foreign company providing Short Term Disability to the citizens of New Mexico.

3. Subject matter jurisdiction is proper under 29 U.S.C. Section 1132, which allows for suit in State District Courts.

4. Venue is proper as Plaintiff resides in New Mexico, the disability coverage was provided to Plaintiff in New Mexico and the employee benefit rights were derived from employment in New Mexico.

## ALLEGATIONS

5. Plaintiff, Amanda Huffman was a beneficiary of a disability insurance plan with Defendant.

6. Plaintiff has serious medical conditions. Plaintiff suffers from Chronic Depression, Complex Post Traumatic Stress Disorder (PTSD), Chronic Physical Pain, and Fibromyalgia.

7. In January of 2021, Plaintiff applied for Short Term Disability.

8. In March of 2021, the application was denied.

9. In about March 2021, Plaintiff appealed the decision of the application being denied.

10. In about June, 2021, the appeal was denied.

11. In about June, 2021 Plaintiff filed a second appeal.

12. In about August 2021, the second appeal was denied.

13. Plaintiff continues to suffer and manage her disability.

14. This Complaint is to remedy the mishandling of serious medical conditions. Lincoln Financial Group should have approved Plaintiff's Short Term Disability application.

15. As a result of Defendant's actions, Plaintiff has incurred damages in the form of lost wages, and benefits.

16. As a result of Defendant's actions, Plaintiff has suffered emotional distress, damages, and costs, including attorney's fees.

## COUNT I. DENIAL OF SHORT TERM DISABILITY

17. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 16 of this Complaint with the same force and effect as if set forth herein.

18. Plaintiff has serious medical conditions of Chronic Depression, Complex Post Traumatic Stress Disorder (PTSD), Chronic Physical Pain, and Fibromyalgia.

19. Plaintiff applied for Short Term Disability.

20. Defendant denied Plaintiff's application twice.

21. Plaintiff has been harmed as a result of the denial of Short Term Disability.

22. Plaintiff is now suffering, and will continue to suffer, irreparable injury and monetary damages as a result of Defendant's actions, unless and until this Court grants relief.

WHEREFORE, Plaintiff prays that the Court order Defendant to make Plaintiff whole for her lost wages, lost benefits, emotional distress, consequential damages, and costs suffered because of Defendant's wrongful conduct. Plaintiff also requests reasonable attorney's fees, costs, and all other just and equitable relief requested in this Complaint.

> Respectfully submitted,
>
> THE GILPIN LAW FIRM, LLC
>
> */s/ Kenneth C. Detro*
> Donald G. Gilpin
> Kenneth C. Detro
> 6757 Academy Road NE, Ste. B
> Albuquerque, NM 87109
> Phone: 505-244-3861
> Fax: 505-254-0044
> *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2023, I electronically filed the foregoing *Amended Complaint for Civil Damages* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered participant. I further certify that a true and correct copy of the foregoing was emailed to:

Ann-Martha Andrews
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Esplanade Enter III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Tel: (602) 778-3700
Email: Ann.andrews@ogletree.com


*/s/ Kenneth C. Detro*
Kenneth C. Detro