IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXCIO

**AMANDA HUFFMAN,**

    **Plaintiff,**

    v.                                                         Civ. No. 23-178  KG/JFR

**CISION, INC.,**

    **Defendant.**

### ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On June 13, 2023, the Court issued an Order Setting Settlement Conference in this matter, directing the parties to submit the following: (1) Plaintiff's settlement demand letter by Tuesday, August 22, 2023; (2) Defendant's counteroffer letter by Tuesday, August 29, 2023; and (3) the parties' confidential position statements by Thursday, August 31, 2023. Doc. 23. On Tuesday, August 29, 2023, the Court emailed counsel: "The Court is <u>not</u> in receipt of Plaintiff's letter that was due to Defendant and the Court <u>one week ago</u>. Please submit this letter as soon as possible." Defense counsel promptly responded that she had not received a settlement demand letter from Plaintiff's counsel, though she had been in contact with Plaintiff's counsel after such letter was due, and noted that, in the absence of such letter, she still intended to submit Defendant's confidential correspondence to the Court by the due date. The Court received Defendant's confidential position statement on Wednesday, August 30, 2023. Plaintiff's counsel did not respond to the Court's e-mail or submit Plaintiff's settlement demand letter as instructed.

The Court has specific and inherent authority to require good faith participation in a settlement conference. Fed. R. Civ. P. 16(a)(5); *Schwartzman, Inc. v. ACF Indus.*, 167 F.R.D. 694

697-98 (D.N.M. 1996); *Switzer v. Much, Shelist, Freed, Denenberg, Ament, Bell & Rubenstein, P.C.*, 214 F.R.D. 682, 688 (W.D. Okla. 2003).  Failure to adhere to court orders regarding the facilitation of possible settlement is sanctionable conduct.  *See, e.g.*, *Switzer*, 214 F.R.D. at 687-88.

**THEREFORE**, counsel for Plaintiff is ordered to:

(1) Show cause why he failed to comply with the Court's Order Setting Settlement Conference (Doc. 23);

(2) Submit Plaintiff's settlement demand letter to Defendant's counsel; and

(3) Submit Plaintiff's confidential position statement to the Court.

Plaintiff's counsel shall comply with the above directives <u>no later than close of business today, Thursday, August 31, 2023</u>.  Failure to comply with this Order shall constitute an independent basis for sanctions.

**IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**