**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar**
**United States Magistrate Judge**

**Clerk's Minutes**

23cv178 KG/JFR

*Huffman v. Cision, Inc.*

Tuesday, September 5, 2023, at 1:30 p.m.

**Plaintiff's Attorneys Present:**                                   Kenneth Charles Detro

**Defendant's Attorney Present:**                                   Ann-Martha Andrews

**TYPE OF PROCEEDING:**   Pre-Settlement Status Conference
                                              Total Time – 12 minutes

**COURT'S NOTES/RULINGS:**

- The Court held a pre-settlement status conference in anticipation of the settlement conference scheduled for Friday, September 22, 2023.

- The Court inquired of Plaintiff the status of the case given that Plaintiff missed the deadlines to submit letters to the opposing counsel and the Court and failed to respond to the Court's Order to Show Cause.

- Mr. Detro provided the Court with an update, which included the state of Mr. Gilpin's health. Plaintiff wishes to find new counsel and Plaintiff's counsel will seek to withdraw. Plaintiff's counsel will also be seeking a stay of this case.

- Ms. Andrews outlined Defendant's position.

- The Court directed Plaintiff to ascertain Defendant's position with respect to a stay and file an appropriate motion.

- Given the circumstances, the Court will vacate the upcoming settlement conference.

- The Court further directed Mr. Detro to file an appropriate motion to withdraw.

- The Court will quash the outstanding Order to Show Cause.

- There being nothing further, the Court concluded the conference.